GUSTAV GELDERMAN, as Administrator, etc., of JOSIAH W. GELDERMAN, Deceased, Appellant, *v.* GROVE D. CURTIS and WALTER F. BLAISDELL, Copartners in Business under the Firm Name and Style of CURTIS & BLAISDELL, Respondents.

*Trial — negligence — preponderance of evidence and credibility of witnesses for jury.*

Appeal by the plaintiff from a judgment of the Supreme Court, entered in the clerk's office of the county of New York on the 22d day of October, 1907, on a verdict in favor of defendants; and also from an order entered in said clerk's office on the 21st day of October, 1907, denying plaintiff's motion for a new trial.

HOUGHTON, J.: On a former appeal taken by defendants this court reversed the judgment (120 App. Div. 400) on the ground that the verdict of the jury in plaintiff's favor was against the weight of evidence.   On the new trial granted by such reversal the defendants obtained a verdict in their favor, and the plaintiff now appeals.   While there is some change in the evidence, the facts, as well as the credibility of the witnesses, were for the jury to determine.   There is no such preponderance of evidence in favor of the plaintiff as authorizes us to interfere with the present verdict.   The judgment and order must, therefore, be affirmed, with costs.   Ingraham, McLaughlin and Laughlin, JJ., concurred; Patterson, P. J., dissented.   Judgment and order affirmed, with costs.

---

Hattie Bogart, Respondent, v. William T. Hookey, Appellant, Impleaded with Sommer Construction Company and Others.— Judgment affirmed, with costs. No opinion.   (Houghton, J., dissenting.)

The Rector, Church Wardens and Vestrymen of the Church of the Transfiguration in the City of New York, Respondent, v. The Rector, Church Wardens and Vestrymen of St. Stephen's Protestant Episcopal Church of the City of New York, Appellant.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and answer on payment of costs.   No opinion.

Harry S. Hooker, as Trustee in Bankruptcy of Herman Mayer and Jack Mayer, Individually and as Copartners Composing the Firm of Herman Mayer & Co., Respondent, v. Millie Toch and Lucas Toch, Appellants.— Judgment affirmed, with costs.   No opinion.   (Ingraham, J., dissenting as to defendant Lucas Toch.)   Settle order on notice.

Frederick Kindorf, Appellant, v. Philip J. Hoellerer, Respondent.— Order affirmed, with costs, on 87 Appellate Division, 628.   (Patterson, P. J., and Laughlin, J., dissenting.)

Eugene L. Waldo and John McKelvey, Partners, Doing Business under the Firm Name of Waldo & McKelvey, Respondents, v. Fedor Schmidt, Individually, and as Sole Surviving Partner of Remy, Schmidt & Pleissner, Appellant.— Judgment affirmed, with costs.   No opinion.